IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BYRON K. RED KETTLE, | ) | |
| | ) | |
| Petitioner, | ) | 8:13CV171 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the Court on petitioner's "Motion to Amend Pleadings," in which petitioner requests that the Court amend his Petition for Writ of Habeas Corpus to reflect the proper Respondent is Robert P. Houston (Filing No. 11). Nebraska Civil Rule 15.1 states that, in pro se cases, the Court may consider an amended pleading as supplemental to the original pleading. NECivR 15.1(b). Upon careful consideration,

IT IS ORDERED:

1. Petitioner's Motion to Amend Pleadings (Filing No. 11) is granted. The Court will consider Filing No. 11 as supplemental to the Petition for Writ of Habeas Corpus in accordance with NECivR 15.1(b).

2. The clerk's office is directed to update the Court's records to reflect that the only respondent in this

matter is "Robert P. Houston, Director, Nebraska Department of Correctional Services."

DATED this 26th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.