IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BYRON K. RED KETTLE, | ) | |
| | ) | |
| Petitioner, | ) | 8:13CV171 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL L. KENNY, Director, | ) | ORDER |
| Nebraska Department of | ) | |
| Correctional Services, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's Motion for Reconsideration (Filing No. 43). Petitioner seeks reconsideration of the Court's Memorandum Opinion and Order and Judgment dated April 18, 2014, in which the Court dismissed petitioner's habeas corpus petition because it is a second or successive petition that has not been authorized by the United States Circuit Court of Appeals for the Eighth Circuit (Filing No. 40).

Upon careful consideration, the Court finds no good cause to reconsider any portion of its previous order. As set forth in the Court's Memorandum Opinion dated April 18, 2014, if petitioner wishes to pursue this matter, he should file a motion with the Eighth Circuit Court of Appeals fully addressing the legal requirements for successive habeas corpus petitions set forth in 28 U.S.C. § 2244(b).

IT IS ORDERED that petitioner's Motion for Reconsideration (Filing No. 43) is denied.

DATED this 2nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.