IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BYRON K. RED KETTLE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL L. KENNY, Director, ) <br> Nebraska Department of ) <br> Correctional Services, ) <br> ) <br> Respondent. ) <br> _____) | 8:13CV171 <br><br><br> ORDER |

This matter is before the Court on petitioner's Motion for Extension of Time (Filing No. 46). In light of the Court's Memorandum and Order dated April 18, 2014, which denied the habeas corpus petition without prejudice, petitioner's motion will be denied as moot.

IT IS ORDERED that petitioner's Motion for Extension of Time (Filing No. 46) is denied as moot.

DATED this 15th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.