IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BYRON K. RED KETTLE, | ) | |
| | ) | |
| Petitioner, | ) | 8:13CV171 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

On July 28, 2016, the court issued a Memorandum and Order dismissing this case with prejudice. (Filing No. 119.) Judgment was entered the same day. (Filing No. 120.)

On August 8, 2016, Petitioner filed a Motion for Relief from Judgment and Motion to Alter or Amend Judgment. (Filing No. 122.) Having reviewed Petitioner's motion, the court finds that Petitioner has not presented a legitimate basis for altering or amending the court's Memorandum and Order and entry of final judgment.

Therefore,

IT IS ORDERED that Petitioner's Motion for Relief from Judgment and Motion to Alter or Amend Judgment (Filing No. 122) is denied.

DATED this 12th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge