IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BYRON K. RED KETTLE,<br><br>            Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>            Respondent. | 8:13CV171<br><br>MEMORANDUM<br>AND ORDER |

On July 28, 2016, the court issued a Memorandum and Order dismissing this case with prejudice. (Filing No. 119.) Judgment was entered the same day. (Filing No. 120.) On August 8, 2016, Petitioner filed a Motion for Relief from Judgment and Motion to Alter or Amend Judgment. (Filing No. 122.) The court denied Petitioner's motions. (Filing No. 125.) On March 23, 2017, Petitioner filed a Motion for Reconsideration of the Memorandum and Order dismissing this case with prejudice. (Filing No. 126.)

Having reviewed Petitioner's motion, the court finds that Petitioner has not presented a legitimate basis for the court to reconsider its Memorandum and Order (Filing No. 119) and entry of final judgment (Filing No. 120).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Reconsideration (Filing No. 126) is denied.

Dated this 27th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge